```
IN THE UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF TENNESSEE
           WESTERN DIVISION
```

| | |
|---|---|
| **THAIKIA TIDWELL,** | |
|     **Plaintiff,** | |
| **v.** | **No. 1:24-cv-01118-SHM-tmp** |
| **CORECIVIC, ET AL.,** | |
|     **Defendants.** | |

**ORDER DENYING PENDING MOTIONS TO DISMISS AS MOOT AND DISMISSING CLAIMS AGAINST DEFENDANT BOLIVAR GENERAL HOSPITAL**

Plaintiff Thaikia Tidwell brings this action under 42 U.S.C. § 1983 and Tennessee state law, asserting civil rights violations and wrongful death claims arising from the death of her son, Roddarous Marcus Bond.  (ECF No. 1)

Before the Court are three motions to dismiss filed by the original Defendants.  On October 1, 2024, Defendant Bolivar General Hospital filed a motion to dismiss.  (ECF No. 12)  On October 8, 2024, Defendant CoreCivic filed a motion to dismiss.  (ECF No. 16)  On November 4, 2024, Defendant Jerry Wardlow filed a motion to dismiss.  (ECF No. 22)

On December 16, 2024, Plaintiff moved for leave to file an amended complaint.  (ECF No. 30)  The Court granted that motion on December 19, 2024.  (ECF No. 31)  On January 21, 2025, Plaintiff

filed an amended complaint naming the following parties as Defendants: CoreCivic, Tennessee Department of Correction, Hardeman County Correctional Facilities, and Jerry Wardlow. (ECF No. 32) On February 4, 2025, the newly named Defendants moved to dismiss the amended complaint. (ECF No. 33)

It is well-settled that an amended complaint supersedes the original complaint and renders pending motions to dismiss the original complaint moot. See Lacey v. McDonough, No. 2:21-cv-02801-JTF-cgc, 2023 WL 3296157, at *3 (W.D. Tenn. May 5, 2023); see also Popp v. Brewdog Brewing Company, LLC, No. 2:24-cv-338, 2024 WL 1895552, at *1 (S.D. Ohio Apr. 30, 2024) (citing Yates v. Applied Performance Technologies, Inc., 205 F.R.D. 497, 499 (S.D. Ohio 2002)).

Because Plaintiff has filed an amended complaint, the motions to dismiss filed by Defendants Bolivar General Hospital (ECF No. 12), CoreCivic (ECF No. 16) and Jerry Wardlow (ECF No. 22) are **DENIED AS MOOT.**

Because Bolivar General Hospital is not named as a defendant in the amended complaint, all claims against Bolivar General Hospital are **DISMISSED WITH PREJUDICE.**

**SO ORDERED** this *10th* day of June, 2025.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE